# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIERPOINT, LLC,** | : | |
| **Plaintiff** | : | No. 1:18-cv-02104 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **GIBRALTAR, LLC,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 29th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for default judgment against Defendant (Doc. No. 11) is **GRANTED**;

2. The Clerk of Court is directed to **DEFER** the entry of judgment in favor of Plaintiff and against Defendant as to Count I of Plaintiff's complaint (Doc. No. 1) until directed to enter such judgment by the Court following the receipt of supplemental information as to Plaintiff's damages claim, as described infra; and

3. Plaintiff is directed to submit, within ten (10) days of the date of this Order, an itemized statement that, consistent with the Memorandum issued concurrently with this Order, includes the following:

    a. The amount of each Sales Order implicated in this case and a calculation of the total amount of unpaid services claimed by Plaintiff;

    b. An explanation of the 6% per annum interest claimed by Plaintiff;

    c. A description of all claimed costs of suit; and

    d. The total amount sought by Plaintiff through the instant motion for default judgment.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
